THE KARLIN LAW FIRM LLP
L. Scott Karlin (SBN 90605)
David E. Karlin (SBN 275905)
Michael J. Karlin (SBN 272442)
Rex T. Reeves (SBN 136842)
Dan T. Danet (SBN 303521)
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
lsk@karlinlaw.com
mike@karlinlaw.com
david@karlinlaw.com
rex@karlinlaw.com
dan@karlinlaw.com

**Attorneys for Defendants**: Cup of Cha Tea House; Bates Partners, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GABRIEL DORSEY**,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>**CUP OF CHA TEA HOUSE; BATES PARTNERS, LLC;** and DOES 1- 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-03441-FMO-KS<br><br>**STIPULATION TO SET ASIDE DEFAULT**<br><br>**[Proposed Order Submitted Concurrently Herewith]**<br><br>Trial Date: None Set |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff Gabriel Dorsey (hereinafter referred to as "Plaintiff") and Defendant Cup of Cha Tea House (hereinafter

1

referred to as "Defendant") by and through their attorneys of record, that the Entry of Default against Defendant is hereby set aside. This stipulation is based upon the following facts constituting good cause:

1. Service of the Summons and Complaint was executed upon Defendant on June 13, 2022. The original due date to respond to the Complaint was on July 5, 2022 for Defendant.

2. Plaintiff filed a Request for Entry of Default against Defendant on July 11, 2022 (Dkt. No. 12).

3. The Court entered a Default against Defendant on July 12, 2022 (Dkt. No. 13).

4. It is mutually agreed and stipulated that the Default entered against Defendant shall be set aside and that the new due date for each respective Defendant to respond to the Complaint in this matter shall be on August 11, 2022.

5. Further, good cause exists for the Default to be set aside as Defendant formally retained defense counsel on July 12, 2022 and intends to fully participate in the legal proceedings so that the parties may reach a mutually agreeable resolution in this matter.

6. The Parties request that the Court enter an Order consistent with the foregoing setting aside the Default.

**IT IS SO STIPULATED**.

DATED: July 12, 2022        **SO. CAL. EQUAL ACCESS GROUP**

By: <u>/s/ *Jason J. Kim*</u>
    Jason J. Kim, Esq.
    Attorney for Plaintiff
    **Gabriel Dorsey**

DATED: July 12, 2022        **THE KARLIN LAW FIRM LLP**

By: <u>/s/ *Dan T. Danet*</u>
    Dan T. Danet Esq.
    Attorney for Defendants,
    **Cup of Cha Tea House**
    **Bates Partners, LLC**

## **SIGNATURE ATTESTATION**

I, Dan T. Danet, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

By: <u>/s/ *Dan T. Danet*</u>